IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No.: |
| | ) | 25-mj-2069DPR |
| RICHARDO JOUSE LOPEZ-ARDON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

**ORDERED** that Laine Cardarella, Federal Public Defender, and all her assistant public defenders (901 E. St. Louis Street, Suite # 801, Springfield, Missouri 65806, telephone number 417-873-9022) be, and are hereby, appointed to represent the defendant before the Court and in all proceedings unless and until relieved by Order of the United States District Court for the Western District of Missouri.

                                               */s/ David P. Rush*
                                               DAVID P. RUSH
                                               United States Magistrate Judge

Date: <u>August 4, 2025</u>