IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 25-mj-2069-DPR |
| RICARDO JOUSE LOPEZ-ARDON, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Comes now Ian A. Lewis, Assistant Federal Public Defender, and hereby enters his appearance as counsel on behalf of Defendant, Ricardo Jouse Lopez-Ardon, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**