*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Date: August 6, 2025 |
| vs. | Case No.: 25-mj-2069DPR |
| **RICARDO JOUSE LOPEZ-ARDON** | |

Honorable David P. Rush, presiding at Springfield, Missouri

**Nature of Hearing:** Preliminary Hearing
Detention Hearing

Time Commenced: 9:55 a.m.     Time Terminated: 9:59 a.m.

### APPEARANCES

| | |
|---|---|
| Plaintiff: | Patrick Carney, AUSA |
| Defendant: | Ian Lewis, FPD |
| USPPTS: | Joel Sakuda |
| Interpreter: | Lisa Lewis |

**Proceedings:** Parties appear as indicated above. Defendant appears in person. Interpreter sworn.

**Preliminary Hearing:** Court takes notice of the court file which includes a signed affidavit in support of the complaint. No evidence presented with regard to probable cause. Court finds probable cause and orders the matter held for grand jury or other proceedings.

**Detention Hearing:** The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 2). Defendant does not contest detention in this matter. The Court finds an adequate basis for detention and will issue a written order.

**Custody:** Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel