# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 25-03128-01-CR-S-MDH |
| Plaintiff, | 8 U.S.C. § 1326(a) |
| v. | NMT 10 Years Imprisonment |
| | NMT $250,000 Fine |
| **RICARDO JOUSE LOPEZ-ARDON,** | NMT 3 Year Supervised Release |
| [DOB: 5/30/1991] | Class C Felony |
| Defendant. | $100 Special Assessment |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about July 22, 2025, within Christian County, in the Western District of Missouri, the defendant, **RICARDO JOUSE LOPEZ-ARDON**, an alien, knowingly and voluntarily entered and was found in the United States after having been denied admission, excluded, deported, and removed therefrom: (1) on or about November 28, 2018, at or near Alexandria, Louisiana to Guatemala; (2) on or about March 13, 2019, at or near Valley International Airport, in Harlingen, Texas to Guatemala; and (3) on or about May 27, 2019, at or near Valley International Airport, in Harlingen, Texas to Guatemala, such removals and deportations, without having obtained the express consent of the Attorney General of the United States before March 1, 2003, and the Secretary of the Department of Homeland Security after February 28, 2003, to re-

apply for admission to the United States; all in violation of Title 8, United States Code, Section 1326(a).

**A TRUE BILL**

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*Patrick Carney*
PATRICK CARNEY
Assistant United States Attorney

DATED: August 26, 2025